# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MASON MOTOR COMPANY, INC., | Miscellaneous No. 10-0061 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| WHEELER TRIGG O'DONNELL LLP, | |
| Defendant. | |

J. Michael Dady and Jeffery Haff, **DADY & GARDNER,** 80 South Eighth Street, Suite 5100, Minneapolis, MN 55402, for plaintiff.

This matter is before the Court on Plaintiff's Motion to File Complaint and Exhibits Under Seal [Docket No. 1] filed September 7, 2010.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion [Docket No. 1] is GRANTED.

2. Plaintiff is authorized to file its Complaint and the Exhibits thereto under seal and shall do so within two (2) days of this Order.

3. Plaintiff shall submit a written report to the Court in 30 days, advising the Court on whether the Complaint should remain sealed.

DATED: September 9, 2010  
at Minneapolis, Minnesota.

        s/ John R. Tunheim  
        JOHN R. TUNHEIM  
        United States District Judge